■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS VILELLA, JR., Appellant.— Motion by appellant for leave to appeal as a poor person and for other relief on his appeal from an order of the Supreme Court, Kings

County, entered March 29, 1966, denied; and on the court's own motion appeal dismissed. An order denying a motion for a copy of the transcript of the stenographic minutes is not an appealable order (see Code Crim. Pro., § 517). Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.